UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID ROY WORTHY,

      Plaintiff,

v.

COMMUNITY MANAGEMENT
ASSOCIATES, INC.,

      Defendant.
_____/

No. 24-10066

Honorable Nancy G. Edmunds

## JUDGMENT

In accordance with the Court's order entered this date,

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's complaint is DISMISSED, and this case is CLOSED.

    SO ORDERED.

                              s/Nancy G. Edmunds
                              Nancy G. Edmunds
                              United States District Judge

Dated: January 17, 2024

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 17, 2024, by electronic and/or ordinary mail.

                              s/Lisa Bartlett
                              Case Manager